IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHERYL A MILLER, an individual;

Plaintiff,

vs.

PHYSICIANS LABORATORY SERVICES, INC., a Nebraska corporation;

Defendant.

8:16CV322

ORDER

A settlement conference was scheduled to be held tomorrow morning at 9:00 a.m. The order setting a settlement conference stated:

> Counsel shall submit a confidential settlement statement to the undersigned by email to zwart@ned.uscourts.gov no later than April 6, 2017, setting forth the relevant positions of the parties concerning factual issues, issues of law, damages, and the settlement negotiation history of the case, including a recitation of any specific demands and offers that have been conveyed.

(Filing No. 14, ¶ 5). Defense counsel timely provided a settlement conference statement; Plaintiff's counsel did not and has not responded to the court's calls and emails requesting the statement.

Accordingly,

IT IS ORDERED that the settlement conference scheduled to begin on April 13, 2017 at 9:00 a.m. is continued pending further order of the court.

April 12, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge